BINGHAM *v.* WRIGHT.

GILBERT, J. The evidence supports the verdict. The only assignment of error is to the overruling of the motion for a new trial, based on the general grounds.    *Judgment affirmed. All the Justices concur.*

*I. N. Cheney* and *M. J. Head,* for plaintiff in error.

*Taylor Smith, Claude Driver,* and *Edwards & Edwards,* contra.

